IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK ROBERTSON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-12-0649 |
| § | |
| ADRIAN GARCIA, et al., § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND OPINION

The plaintiff, a former inmate at the Harris County Jail, filed this civil rights action without a filing fee or application to proceed *in forma pauperis*. On March 19, 2012, the Clerk's Notice of Deficient Pleading was returned to the court by the postal service because the address lacked sufficient identifying information. (Docket Entry No. 5). The court has learned through online research that the plaintiff is no longer in the custody of the Harris County Jail.

Under Local Rule 83.4, a pro se litigant is responsible for keeping the Clerk advised in writing of his current address. The court will send notices only to the address on file. The plaintiff has failed to provide the court with an accurate, current address. Under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. MOORE ET AL., MOORE'S FEDERAL PRACTICE § 41.51(3)(b) & (e) (3d ed. 2010). Upon a proper showing, relief from this order may be granted in accordance with FED. R. CIV. P. 60(b). *See Link*, 370 U.S. at 635.

This action is dismissed without prejudice for want of prosecution.

SIGNED on March 23, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge